UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

WILLIAM LEE GRANT II
PLAINTIFF

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
04/02/2019
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
   DEPUTY CLERK

V

6:19CV00016

GREGORY K. HARRIS, AUSA
+ JOINT CHIEFS OF STAFF
    DEFENDANTS

## COMPLAINT

28 USC 1346(b)(1); 28 USC 1391(b)(3); U.S. CONST. AMEND. IV
U.S. CONST. AMEND. V; ~~[redacted]~~ U.S. CONST. AMEND. XIII
U.S. CONST. AMEND ~~XIV~~ XIV

① THE U.S. DEPARTMENT OF JUSTICE (DOJ) WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT.

② THE ILLINOIS ATTORNEY GENERAL AND DOJ DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

③ THE DOJ DEFAULTED IN 19-CV-3001 AND 19-CV-3020, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

④ THE ILND, ILCD, ILSD, CDCA, WDTX, NDTX, EDTX, MARYLAND, NEBRASKA, NDGA, EDNY, AND CFC. DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).



(5) THE JOINT CHIEFS OF STAFF (JCOS) CREATED ~~IN~~ MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990 TO BE "THE JUDGE" AS TO WHETHER THE VIETNAM WAR CONSTITUTED WAR CRIMES.

(6) THE JCOS "DROPPED OFF" MR. GRANT IN SPRINGFIELD, IL TO BE BEATEN, ENDURE PSYCHOLOGICAL WARFARE, AND TO BE THE U.S. DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

(7) THE JCOS LEFT MR. GRANT WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN AND PSYCHOLOGICALLY TORTURED.

(8) THE JCOS MAINTAINED ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH "HACKING" MR. GRANT'S CELLULAR PHONE, LAND LINE PHONE, COMPUTER, AND KEEPING MR. GRANT UNDER SATELLITE SURVEILLANCE.

(9) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990'S TO CONDUCT ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH THE U.S. ATTORNEY'S OFFICE IN SPRINGFIELD, IL BY "BRIBING" MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO AUSA GREGORY K. HARRIS.

(10) THE JCOS TOLD MR. GRANT WHEN HE TURNED SEVENTEEN (17) HE MUST STAB DR. GRANT, OR THE JCOS WOULD SEND SOMEONE TO KILL DR. GRANT.

(11) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE FOR DOMESTIC BATTERY BY CONSPIRING WITH MR. GRANT'S LAWYER.

(12) AUSA GREGORY K. HARRIS CONSPIRED WITH DOCTORS TO HAVE MR. GRANT'S VISION DIMINISHED, AND TO HAVE THE ENAMEL DRILLED OFF MR. GRANT'S TEETH.

(13) MR. GRANT WAS FORCED TO "ACT GAY" TOWARDS THE END OF COLLEGE, OR THE JCOS WOULD SEND SOMEONE TO RAPE MR. GRANT.

(14) MR. GRANT WAS FORCED TO "ACT GAY" FOR MORE THAN SEVEN (7) YEARS.

15) AUSA GREGORY K. HARRIS AND THE JCOS "ENGINEERED" A TRAFFIC STOP TO "STRIP" MR. GRANT OF HIS DRIVER'S LICENSE.

16) IN 2009, MR. GRANT WAS STOPPED BY THE ILLINOIS STATE POLICE (ISP) FOR AN ALLEGED IMPROPER LANE CHANGE. ISP TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT, AND FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

17) MR. GRANT WAS GIVEN MULTIPLE 'DRIVING UNDER THE INFLUENCE (DUI)' TICKETS STEMMING FROM ONE (2009) TRAFFIC STOP BY ISP TROOPER TYLER PRICE.

18) THE SANGAMON COUNTY (ILLINOIS) STATE'S ATTORNEY OFFICE FILED MULTIPLE DUI CASES AGAINST MR. GRANT STEMMING FROM ONE (2009) DUI STOP.

19) MR. GRANT WAS SOBER.

20) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY CONSPIRING WITH MR. GRANT'S LAWYERS.

21) MR. GRANT'S LAWYERS COULD NOT BRING ~~MR. GRANT'S LI~~ THEMSELVES TO FILE A MOTION TO DISMISS.

22) AUSA GREGORY K. HARRIS AUTHORIZED MR. GRANT'S COLLEGE PEERS TO PUT ADDERALL (AND BENADRYL) IN MR. GRANT'S ALCOHOLIC BEVERAGES TO MAKE IT APPEAR MR. GRANT WAS DRUNK IN PUBLIC.

23) D.K. HIRNER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990'S TO HIRE MR. GRANT IN THE FUTURE.

24) D.K. HIRNER HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF ILLINOIS LIEUTENANT GOVERNOR SHEILA SIMON. D.K. HIRNER WAS IL LT. GOVERNOR SHEILA SIMON'S CHIEF OF STAFF.

25) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990'S TO HIRE MR. GRANT IN THE FUTURE.

26) ANN L. SCHNEIDER (SECRETARY OF THE IL DEPT OF TRANSPORTATION) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE IL DEPT OF TRANSPORTATION.

27) Mr. Grant filed an ethics complaint and a civil rights complaint with the State of Illinois in 2012.

28) Mr. Grant was retaliated against for filing a civil rights complaint and an ethics complaint with the State of Illinois in 2012.

29) Mr. Grant endured a hostile work environment, work products being sabotaged, ~~geographic relocation, a promotion being rescinded,~~ and being assigned duties below Mr. Grant's paygrade.

30) Richard Abel Kabaker (IL Dept of Transportation - ███ Deputy Chief Counsel), Mr. Grant's supervisor, treated Mr. Grant like a cotton pickin' nigger for two and a half years.

31) The retaliation culminated in the Illinois Governor's Office's failure to add Mr. Grant to payroll in 2014, the wrongful denial of federal unemployment benefits in 2015, and Mr. Grant being blacklisted.

32) The actions of the State of Illinois gave cause for Mr. Grant to appear in federal court.

33) Alan D. Brents and Larissa M. Young sexually assaulted Mr. Grant in 2003 at the direction of AUSA Gregory K. Harris.

34) Thomas W. Coats and Justin Cajindos sexually assaulted in 2014 at the direction of AUSA Gregory K. Harris.

35) While employed by the State of Illinois, Mr. Grant's co-workers and supervisors reported Mr. Grant's words and actions to AUSA Gregory K. Harris.

36) The Office of the Executive Inspector General (Illinois); IL Dept of Human Rights; IL State Police; IL Dept of Transportation; IL Dept of Employment Security; U.S. EEOC; IL Auditor General; IL Attorney General; U.S. Dept of Labor; U.S. Dept of Transportation; U.S. Dept of Justice; U.S. Dept of Defense; and U.S. Office of Special Counsel have failed to investigate.

4

37) AUSA GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONSPIRE AGAINST MR. GRANT BY CONDUCTING ILLEGAL INTERVIEWS OF MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS PERTAINING TO THE WORDS AND ACTIONS OF MR. GRANT.

38) AUSA GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT, AND REPORT MR. GRANT'S WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

39) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A STAND DOWN ORDER WITH THE CONSENT OF BUSH AND CHENEY.

40) DICK CHENEY HAD A CONFLICT OF INTEREST IN ADVOCATING FOR THE UNITED STATES OF AMERICA'S INVASION OF IRAQ.

41) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE UNITED STATE'S INVASION OF IRAQ.

42) HILLARY RODHAM CLINTON KILLED VINCE FOSTER.

43) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

44) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

45) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

46) BRUCE RAUNER "BRIBED" RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE WORKING IN THE CLINTON WHITE HOUSE.

47) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE. RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

48) THE CIA KILLED JOHN F. KENNEDY.

49) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

50) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

51) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

52) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

53) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO WIN THE GOVERNORSHIP OF ILLINOIS AS A REPUBLICAN.

54) HENRY KISSINGER IS A ▮▮▮▮ WAR CRIMINAL.

55) BILL CLINTON IS A SERIAL RAPIST.

56) CONDOLEEZZA 'CONDI' RICE WAS A SECRETARY (OF STATE) ON HER ▮▮▮▮ KNEES. CONDI WAS HAVING AN AFFAIR WITH GEORGE W. BUSH.

57) ANITA ALVAREZ (FORMER COOK COUNTY (ILLINOIS) STATE'S ATTORNEY) ENTERED INTO A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION.

58) DISTRICT COURT HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1).

59) MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND. IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

60) THE ILCD HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

61) MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327) AND ▮▮▮ PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii).

6

62. EASTERN DISTRICT OF VIRGINIA JUDGES: LIAM O'GRADY (18-CV-1328) AND ROBERT E. PAYNE ~~~~~~~ (18-CV-369) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

63. TANYA S. CHUTKAN (17-CV-1434-UNA) (18-CV-1162-UNA); JAMES E. BOASBERG (18-CV-1162-UNA); CHRISTOPHER R. COOPER (18-CV-1804-UNA); AND RUDOLPH CONTRERAS (18-CV-1805-UNA AND 18-CV-1806-UNA) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

[DISTRICT OF COLUMBIA]

64. EASTERN DISTRICT OF VIRGINIA JUDGES: LEONIE M. BRINKEMA (18-CV-449) AND ANTHONY J. TRENGA (18-CV-543) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

65. THE ILND, ILCD, ILSD, CDCA, MARYLAND, NEBRASKA, EDNY, NDGA, WDTX, EDTX, NDTX, CFC, 2d CIR., 4TH CIR., 5TH CIR., 7TH CIR., 8TH CIR., 9TH CIR., 11TH CIR., D.C. CIR., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO ~~~~~~ BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

66. MR. GRANT HAS BEEN UNABLE TO PROCEED IN THE ILLINOIS CENTRAL DISTRICT, EASTERN DISTRICT OF VIRGINIA, AND DISTRICT OF COLUMBIA.

67. THIS ACTION MAY BE BROUGHT IN THE WESTERN DISTRICT OF VIRGINIA PURSUANT TO: 28 USC 1391(b)(3).

68. THE U.S. DEPARTMENT OF DEFENSE STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

69. MR. GRANT SEEKS $99 TRILLION IN COMPENSATORY DAMAGES.

70. SEAN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

(7)

*William Lee Grant II* 3/27/2019
William Lee Grant II
901 WYTHE ROAD
SPRINGFIELD, IL 62702

# QUESTIONS PRESENTED

① WHAT ARE THE RAMIFICATIONS OF THE U.S. DEPARTMENT OF DEFENSE RUNNING A DOMESTIC BLACK OPERATION TO INVESTIGATE CORRUPTION IN THE FEDERAL GOVERNMENT?

② WHERE SHALL HENRY KISSINGER STAND TRIAL FOR WAR CRIMES?

③ WHERE SHALL GEORGE W. BUSH, RICHARD "DICK" CHENEY, AND DONALD RUMSFELD STAND TRIAL FOR TREASON AGAINST THE U.S. OF AMERICA, AND WAR CRIMES?

④ WHERE SHALL RAHM EMANUEL AND BRUCE RAUNER STAND TRIAL FOR TREASON AGAINST THE U.S. OF AMERICA?

⑤ WHERE SHALL HILLARY RODHAM CLINTON STAND TRIAL FOR THE MURDER OF VINCE FOSTER?

⑥ WHERE SHALL RICHARD M. DALEY STAND TRIAL FOR THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON?

⑦ WHERE SHALL AUSA GREGORY K. HARRIS, FORMER U.S. ATTORNEY RODGER A. HEATON, AND NIVEESHA HILL STAND TRIAL FOR CONSPIRING AGAINST MR. GRANT?

⑧ WHERE SHALL FORMER COOK COUNTY (ILLINOIS) STATE'S ATTORNEY ANITA ALVAREZ STAND TRIAL FOR ENTERING A CONSPIRACY TO ALLOW CHICAGO COPS TO KILL BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION?

⑨ WHERE SHALL FORMER NEW JERSEY GOVERNOR CHRIS CHRISTIE STAND TRIAL FOR PUBLIC CORRUPTION?

⑩ WHERE SHALL LOUIS FARRAKHAN STAND TRIAL FOR THE MURDER OF MALCOLM X?

⑪ WHERE SHALL MARION "SUGE" KNIGHT STAND TRIAL FOR THE MURDER OF CHRISTOPHER "BIGGIE SMALLS" WALLACE?